ACCEPTED
05-14-01464-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
1/7/2015 1:48:54 PM
LISA MATZ
CLERK



# THOMPSON COE

Attorneys and Counselors
Thompson, Coe, Cousins & Irons, L.L.P.

Michael A. Yanof
Direct Dial: (214) 871-8270
myanof@thompsoncoe.com

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
1/7/2015 1:48:54 PM
LISA MATZ
Clerk

Austin
Dallas
Houston
Los Angeles
Saint Paul

January 7, 2015

Lisa Matz                                         *Via E-Filing*
Clerk of Court
Fifth Court of Appeals
600 Commerce St., Suite 200
Dallas, TX 75202-4658

Re:    No. 05-14-01464-CV; *Sheri Durham and Denise Jenkins, as Administrator of the Estate of Jessica Haley Durham v. Children's Medical Center of Dallas, Amy Holland, CPNP, David W. Kines, FNP, Lawson Copley, M.D., J. Patrick Hieber, M.D. and Timothy J. Rupp, M.D.*

Dear Ms. Matz:

The Clerk's Record and Supplemental Clerk's Record are now on file with the Court. Would you please provide a CD to me as one of the attorneys representing Appellee Amy Holland, CPNP.

I appreciate your assistance, and please do not hesitate to contact me with any questions.

Very truly yours,

*/s/ Michael A. Yanof*

Michael A. Yanof

cc:    Kenneth Chaiken
       Chaiken & Chaiken, P.C.
       Legacy Town Center III
       5801 Tennyson Parkway, Suite 440
       Plano, Texas  75024
       kchaiken@chaikenlaw.com
       *Counsel for Appellants*

Plaza of the Americas  |  700 N. Pearl Street, Twenty-Fifth Floor  |  Dallas, Texas 75201-2832  |  (214) 871-8200  |  Fax: (214) 871-8209

Michelle E. Robberson
John A. Scully
Cory Sutker
Cooper & Scully, **P**.C.
900 Jackson St., Suite 100
Dallas, Texas 75202
michelle.robberson@cooperscully.com
john.scully@cooperscully.com
cory.sutker@cooperscully.com
*Counsel for Appellee Children's Medical Center*

David M. Walsh IV
Jeffrey Kershaw
Chamblee, Ryan, Kershaw & Anderson, P.C.
2777 Stemmons Freeway, Suite 1157
Dallas, Texas  75207
dmwalsh@chambleeryan.com
jmkershaw@chambleeryan.com
*Counsel for Appellee Timothy J. Rupp, M.D.*

Stan Thiebaud
Stinnett Thiebaud & Remington
1445 Ross Avenue, Suite 4800
Dallas, Texas  75202-2701
sthiebaud@strlaw.net
*Counsel for Appellee J. Patrick Hieber, M.D.*

Ronald W. Johnson
Touchstone Bernays
4040 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270-2196
Ron.johnson@tbjbs.com
*Counsel for Appellee David W. Kines, FNP*

C. Timothy Reynolds
Steed Dunnill Reynolds Murphy Lamberth, LLP
1010 W. Ralph Hall Pkwy., 2nd Floor
Rockwall, TX 75032
timreynolds@steedlawfirm.com
*Counsel for Appellee Lawson Copley, M.D.*